Jacek W. Lentz, [Cal. State Bar No. 213198]
THE LENTZ LAW FIRM, P.C.
9171 Wilshire Blvd, Suite 500
Beverly Hills, CA 90210
Tel. (213) 250-9200
Fax (888) 571-5591
Email: jwl@lentzlawfirm.com

Attorneys For Claimant
Brenda Sims

UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  150,900.00 IN U.S. CURRENCY,  Defendant(s). | Case No. 2:21-CV-07231  **ANSWER TO COMPLAINT AND DEMAND FOR TRIAL BY JURY BY CLAIMANT BRENDA SIMS** |
|---|---|

TO THE HONORABLE COURT AND THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Claimant BRENDA SIMS (the "Claimant") hereby answers the Plaintiff's Complaint For Forfeiture In Rem (the "Complaint") as follows:

Claimant reserves the right to supplement and amend this Answer as necessary as matters develop through discovery of certain facts and circumstances regarding the Complaint and specifically reserves his right to file any applicable counterclaims. Any and all allegations contained in the Complaint and not explicitly admitted herein, are to

**ANSWER TO COMPLAINT FOR FORFEITURE IN REM**            -1-

be deemed denied.

Please take notice that Claimant demands trial by jury of the issues and defenses raised by Claimant's claim and this answer.

1. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 1 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 1.

2. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 2 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 2.

3. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 3 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 3.

4. Claimant admits all allegations contained in Paragraph 4 of the Complaint.

5. Claimant admits all allegations contained in Paragraph 5 of the Complaint.

6. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 6 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 6.

7. Claimant admits all allegations contained in Paragraph 7 of the Complaint.

8. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 8 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 8.

9. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 9 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 9.

10. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 10 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 10.

11. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 11 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 11.

12. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 12 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 12.

13. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 13 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 13.

14. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 14 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 14.

15. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 15 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 15.

16. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 16 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 16.

17. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 17 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 17.

18. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 18 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 18.

19. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 19 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 19.

20. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 20 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 20.

21. Claimant lacks knowledge, information or recollection sufficient to form a belief as to the truth of all the allegations contained in Paragraph 21 of the Complaint and, therefore, generally and specifically denies all the allegations in Paragraph 21.

## AFFIRMATIVE DEFENSES

22. Claimant repeats the denials and affirmations of the allegations set forth in paragraphs 1 through 21 of this Answer, as though fully set forth here. In addition, Claimant raises the following numbered defenses to the Complaint.

## FIRST DEFENSE

23. The Complaint, and each purported claim for relief, fails to state facts sufficient to constitute claim(s) upon which relief can be granted to defeat Claimant's claim to subject property or properties.

## SECOND DEFENSE

24. The Plaintiff lacks probable cause for belief that a substantial connection exists between the property or properties sought to be forfeited and any unlawful conduct.

## THIRD DEFENSE

25. This Court lacks jurisdiction over the defendant property or properties or

this action, and venue in any forum, is improper and inconvenient.

## FOURTH DEFENSE

26. The evidence seized during the search must be suppressed as the fruit of an unreasonable search and seizure under the Fourth Amendment to the United States Constitution and *One 1958 Plymouth Sedan v. Commonwealth of Pennsylvania, 380 U.S. 693 (1965).*

## FIFTH DEFENSE

27. The forfeiture of the defendant property or properties, in addition to any criminal punishment, fines and assets that may be forfeited would be grossly disproportionate punishment in violation of the Eight Amendment's Excessive Fines Clause, and *Austin v. United States, 509 U.S. 602 (1993).*

## SIXTH DEFENSE

28. Plaintiff has failed to comply with several statutory notice requirements, which, among other legal consequences, make the Complaint void and null.

## SEVENTH DEFENSE

29. Without waiving any defense asserted above, Claimant further asserts that defendant property or properties are not subject to forfeiture on the basis that any act or omission, if any, on the part of any other individual that would potentially give rise to forfeiture of the defendant properties, was committed or omitted without the

**ANSWER TO COMPLAINT FOR FORFEITURE IN REM**           -5-

knowledge or consent of the Claimant.

WHEREFORE, Claimant prays that the Honorable Court will:

1. Dismiss the Complaint and enter judgment on behalf of the Claimant and that Plaintiff take nothing by reason of this suit;

2. Deny issuance of a certificate of reasonable cause pursuant to 28 U.S.C. Section 2465 and award costs and attorney's fees to the Claimant; and

3. Provide such other and further relief, both legal and equitable, as the Court deems proper and just.

DATED: December 31, 2021

Respectfully submitted,

/S/ Jacek W. Lentz

By: _____
Jacek W. Lentz
THE LENTZ LAW FIRM, P.C.
Attorneys for Claimant
Brenda Sims