E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and
Recovery Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$150,900.00 IN U.S. CURRENCY,<br><br>        Defendant.<br><br>BRENDA SIMS,<br><br>        Claimant. | Case No. 2:21-cv-07231-FLA(KSx)<br><br>**STIPULATION AND REQUEST TO CONTINUE LAST DATE TO HEAR MOTIONS FROM FEBRUARY 3, 2023 TO FEBRUARY 10, 2023; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER** |

WHEREAS, on February 23, 2022 (docket no. 19), the Court issued a Scheduling Order, setting February 3, 2023 as the last date to hear motions in this case;

1     AND WHEREAS, plaintiff United States of America intends to file a motion to stay this case pursuant to 18 U.S.C. § 981(g)'s mandatory stay provision pending the resolution of a criminal investigation and claimant Brenda Sims intends to file a motion to dismiss;

5     AND WHEREAS, due to the vacation plans of counsel for plaintiff United States of America and the upcoming holidays, the parties wish to have ample time to prepare and their respective motions before with the Court, and intend and wish to file them during the first week in January 2023 on at least 28 days notice pursuant to the Local Rules;

11     AND WHEREAS, the Court's website indicates that Friday, February 3, 2023 is not an available date for the hearing on motions in civil cases;

14     AND WHEREAS, the parties have not previously requested an extension of any deadlines set in the Court's scheduling order, and are not requesting by this stipulation to modify any date except the last date for hearing motions of February 3, 2023;

18     NOW AND THEREFORE, subject to the approval of the Court, the parties respectfully request and stipulate that the Court continue

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

the last date to hear motions in this case from February 3, 2023 to February 10, 2023.

                                      Respectfully submitted,

Dated: December 16, 2022      E. MARTIN ESTRADA
                                    United States Attorney
                                    SCOTT M. GARRINGER
                                    Assistant United states Attorney
                                    Chief, Criminal Division
                                    JONATHAN GALATZAN
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture and
                                    Recovery Section

                                    _/s/ Victor A. Rodgers_____
                                    VICTOR A. RODGERS
                                    MAXWELL COLL
                                    Assistant United States Attorneys
                                    Asset Forfeiture and Recovery Section

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

Dated: December 16, 2022      THE LENTZ LAW FIRM, PC

                                    _/s/ Jacek W. Lentz_____
                                    JACEK W. LENTZ

                                    Attorneys for Claimant
                                    BRENDA SIMS

I, Victor A. Rodgers, the filer of this document, attest that Jacek Lentz and The Lentz Law Firm, PC concurs in the filing's content, and has read and approved the STIPULATION AND REQUEST TO CONTINUE LAST DATE TO HEAR MOTIONS FROM FEBRUARY 3, 2023 TO FEBRUARY 10, 2023; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER.