# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>$150,900.00 IN U.S. CURRENCY,<br><br>                Defendant. | Case No. 2:21-cv-07231-FLA (KSx)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DECLARATION IN CAMERA [DKT. 26]** |

1  On January 4, 2023, Plaintiff the United States of America ("Plaintiff" or the "government") filed an Application to File or Lodge in Camera Non-Public Declaration ("Application"). Dkt. 26. Pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6, the government requests leave to file or lodge in camera a non-public declaration in support of its Motion to Stay This Civil Forfeiture Proceeding ("Motion," Dkt. 25). On January 24, 2023, Plaintiff filed a Notice of Non-Receipt of any Opposition to Its Application. Dkt. 37.

Having considered the Application and finding good cause therefor, the court hereby GRANTS the Application and ORDERS that the non-public declaration in support of the government's Motion shall be filed or lodged in camera pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6, and shall not be disclosed to any person, including Claimant Brenda Sims, unless otherwise ordered by the court.

IT IS SO ORDERED.

Dated: January 27, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge