```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569/1785
     Facsimile: (213) 894-0142
     E-mail: Victor.Rodgers@usdoj.gov
             Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>$150,900.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br><br>BRENDA SIMS,<br><br>　　　　Claimant. | Case No. 2:21-cv-07231-FLA(KSx)<br><br>**STIPULATION AND REQUEST TO CONTINUE DATES IN THIS CASE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER** |
|---|---|

WHEREAS, on February 23, 2022 (docket no. 19), the Court issued a Scheduling Order, setting dates for the deadline to complete a settlement conference, for trial filings (first round), for trial filings (second round), and dates for a final pretrial conference/hearing on motions in limine and for a jury trial;

AND WHEREAS, on January 4, 2023 (docket no. 25), plaintiff United States of America filed a motion to stay this civil forfeiture case pursuant to 18 U.S.C. § 981(g)'s mandatory stay statute pending the resolution of a related criminal investigation and to vacate all dates set in this case;

AND WHEREAS, the government argued in its motion that a stay was appropriate because proceeding with this case would require the government to disclose, while the criminal investigation was ongoing and in advance of any criminal case, the government's witnesses, litigation strategy relative to the criminal investigation, and would require the government to create testimonial declarations from government agents that 18 U.S.C. § 981(g)'s mandatory stay provision was designed to avoid;

AND WHEREAS, on December 30, 2022 (docket no. 24), claimant Brenda Sims filed a notice of motion and motion to dismiss complaint (docket no. 24), and then on January 16, 2023 (docket no. 28), claimant Brenda Sims filed a memorandum in support of the motion to dismiss complaint (docket no. 28) seeking a dismissal of this action;

AND WHEREAS, both motions were noticed for hearing on February 10, 2023 (docket nos. 24 and 25), and by order filed February 6, 2023, the Court took the motions under submission (docket no. 43);

AND WHEREAS, the parties respectfully submit that proceeding with trial filings would be an ineffective and an inefficient utilization of the Court and the parties' time until the status of this case is clarified by the Court's ruling on the above-referenced motions;

NOW and THEREFORE, subject to the approval of the Court, the parties respectfully request and stipulate that the Court continue

the dates in this case set forth below by approximately ninety (90) days as follows:

| | |
|---|---|
| Deadline to Complete Settlement Conference: | May 26, 2023 |
| Trial Filings (first round): | June 2, 2023 |
| Trial Filings (second round): | June 16, 2023 |
| Final Pretrial Conference/Hearing on Motions In Limine: | June 30, 2023 |
| Trial: | July 18, 2023 |

Respectfully submitted,

Dated: February 24, 2023

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section


 /s/ Victor A. Rodgers
VICTOR A. RODGERS/MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: February 24, 2023

THE LENTZ LAW FIRM, PC
LAW OFFICES OF BRIAN SILBER P.A.


 /s/ Jacek W. Lentz
JACEK W. LENTZ

Attorneys for Claimant
BRENDA SIMS

I, Victor A. Rodgers, the filer of this document, attest that Jacek Lentz and The Lentz Law Firm, PC concurs in the filing's content, and has read and approved the STIPULATION AND REQUEST TO CONTINUE DATES IN THIS CASE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER.