UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07231-FLA(KSx) |
|---|---|
| Plaintiff, | **ORDER TO CONTINUE DATES IN THIS CASE [DKT. 44]** |
| v. | |
| $150,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

BRENDA SIMS,

　　　　　　　Claimant.

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the dates in this case set forth below are hereby continued by approximately ninety (90) days as follows:

| | |
|---|---|
| Deadline to Complete Settlement Conference: | May 26, 2023 |
| Trial Filings (first round): | June 2, 2023 |
| Trial Filings (second round): | June 16, 2023 |
| Final Pretrial Conference/Hearing on Motions In Limine: | June 30, 2023 at 1:30 p.m. |
| Trial: | July 18, 2023 at 8:30 a.m. |

IT IS SO ORDERED

Dated: March 3, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge