UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07231-FLA(KSx) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES [DKT. 46]** |
| v. | |
| $150,900.00 IN U.S. CURRENCY, | |
| Defendant. | |
| BRENDA SIMS, | |
| Claimant. | |

Pursuant to the stipulation and request of the parties, Dkt. 46, and good cause appearing therefor, the court hereby ORDERS that the following pretrial and trial dates and deadlines in this action are CONTINUED to the following dates:

- Deadline to Complete Settlement Conference:    8/18/2023
- Trial Filings (first round):    8/25/2023
- Trial Filings (second round):    9/8/2023
- Final Pretrial Conference / Hearing on Motions in Limine:    9/22/2023 at 1:30 p.m.
- Trial:    10/10/2023 at 8:30 a.m.

IT IS SO ORDERED.

Dated: May 25, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge

2